# In the United States Court of Federal Claims

No. 22-734 C

Filed: August 12, 2022

**THE EXCELLENT THE EXCELLENT RAJ K. PATEL,**
from all capacities

v.

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 12, 2022,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.

Lisa L. Reyes
Clerk of Court

By:   *Debra L. Samler*

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.